UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION, DEPARTMENT OF TRANSPORTATION,
RESETTING THE CORPORATE AVERAGE FUEL
ECONOMY PROGRAM, 90 FED. REG. 24,518 (JUNE 11, 2025)　　　MCP No. 197

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The National Highway Traffic Safety Administration on behalf of the Department of Transportation, issued a Final Rule regarding fuel economy standards, which was published in the Federal Register on June 11, 2025. On July 1, 2025, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following two courts of appeal: First Circuit and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the First Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the First Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

_____
Tanasia Owens; Case Administrator
Random Selector

_____
Chelsea Thomas; Case Administrator
Witness

IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, DEPARTMENT OF TRANSPORTATION, RESETTING THE CORPORATE AVERAGE FUEL ECONOMY PROGRAM, 90 FED. REG. 24,518 (JUNE 11, 2025)    MCP No. 197

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| First Circuit, No. 25-1595 | State of California, et al. v. United States National Highway Traffic Safety Administration, et al. |
| DC Circuit, No. 25-1147 | Center for Biological Diversity, et al. v. U.S. National Highway Traffic Safety Administration, et al. |