# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak                                                              General Information
Clerk                           July 3, 2025                                   (202) 216-7000

Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210-3002

Re:   25-1147 Center for Biological Diversity, et al v. NHTSA, et al

Dear Clerk of Court:

Pursuant to the order of this court filed July 3, 2025, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

                                        Sincerely yours,

                            BY:   /s/
                                  Scott H. Atchue
                                  Deputy Clerk

Enclosures